UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO.: 3:11-CR-85(02)RM |
| ) | |
| STEPHEN M. JOHNSON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 1, 2011 [Doc. No. 33]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Stephen M. Johnson's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(9).

SO ORDERED.

ENTERED: September 23, 2011

　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court